UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:13-cv-80924-DMM

VRINGO INFRASTRUCTURE, INC.,

       Plaintiff and Counterclaim-Defendant,

v.

THE ADT CORPORATION,
ADT LLC d/b/a ADT SECURITY SERVICES,
ADT SECURITY SERVICES, INC., and
TYCO INTEGRATED SECURITY LLC,

       Defendants and Counterclaimants.
_____/

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
## TYCO INTEGRATED SECURITY LLC AND ADT SECURITY SERVICES, INC.

Defendants and Counterclaimants Tyco Integrated Security LLC and ADT Security Services, Inc. hereby submit the following statement of their corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Tyco IS is an indirect subsidiary corporation ultimately wholly owned by Tyco International Ltd., a Swiss company publicly traded on the New York Stock Exchange [NYSE: TYC]. No other publicly-traded corporation owns any shares of Tyco IS.

ADT Security Services, Inc. is no longer an active corporation. The legal form of ADT Security Services, Inc. was changed to ADT Security Services LLC, and the name was then changed to Defendant Tyco Integrated Security LLC.

| | |
|---|---|
| Dated: December 10, 2013 | HOGAN LOVELLS US LLP |
| | /s/ John F. O'Sullivan |
| Of Counsel: | John F. O'Sullivan, Esq. |
| | Florida Bar No.: 143154 |
| Eric J. Lobenfeld, Esq.* | Clayton P. Solomon, Esq. |
| Gary Serbin, Esq.* | Florida Bar Number: 72851 |
| Robert R. L. Kohse, Esq.* | 600 Brickell Avenue, Suite 2700 |
| HOGAN LOVELLS US LLP | Miami, Florida 33131 |
| 875 Third Avenue | john.osullivan@hoganlovells.com |
| New York, New York 10022 | clayton.solomon@hoganlovells.com |
| Phone: (212) 918-3000 | |
| Fax: (212) 918-3100 | |
| eric.lobenfeld@hoganlovells.com | *Attorneys for Defendants and Counterclaimant Tyco Integrated Security LLC and ADT Security Services, Inc.* |
| gary.serbin@hoganlovells.com | |
| robert.kohse@hoganlovells.com | |

*\* Pro hac vice motions pending*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 10, 2013, I electronically filed the foregoing with the Clerk of Court, using CM/ECF, which caused a copy to be served upon counsel of record.

                                       By:    s/ Clayton P. Solomon
                                                     Clayton P. Solomon

**SERVICE LIST**

| | |
|---|---|
| Jay B. Shapiro<br>jshapiro@stearnsweaver.com<br>Samuel O. Patmore<br>spatmore@stearnsweaver.com<br>STEARNS WEAVER MILLER WEISSLER<br>ALHADEFF & SITTERSON, P.A.<br>Museum Tower<br>150 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Tel.: 305.789.3200<br>Fax: 305.789.3395<br><br>**OF COUNSEL:**<br><br>Gregory S. Gewirtz<br>(*admitted pro hac vice*)<br>ggewirtz@ldlkm.com<br>Jonathan David<br>(*admitted pro hac vice*)<br>jdavid@ldlkm.com<br>Alex Solo<br>(*admitted pro hac vice*)<br>asolo@ldlkm.com<br>LERNER, DAVID, LITTENBERG,<br>KRUMHOLZ & MENTLIK, LLP<br>600 South Avenue West<br>Westfield, NJ 07090-1497<br>Tel: 908.654.5000<br>Fax: 908.654.7866<br><br>*(Attorneys for Vringo Infrastructure, Inc.)* | C. Sanders McNew<br>mcnew@mcnew.net<br>McNEW P.A.<br>2385 NW Executive Center Drive<br>Suite 100<br>Boca Raton, FL   33431<br>Tel.:  561.299.0257<br>Fax:  561.299.3705<br><br>Michael E. Zeliger (*pro hac vice* to be filed)<br>K & L GATES<br>630 Hansen Way<br>Palo Alto, California<br>Tel.:  650.798.6700<br>Fax:  650.798.6701<br><br>*(Attorneys for The ADT Corporation,<br>ADT LLC d/b/a ADT Security Services,<br>ADT Security Services, Inc.)* |